**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

BRUCE LEHMAN                                        Case No.

       Plaintiff,

vs.

NELSON, WATSON & ASSOCIATES, LLC

       Defendant.

## COMPLAINT

### INTRODUCTION

1.     Bruce Lehman ("Lehman") is filing this lawsuit in order to recover damages against Defendant pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA").

### JURISDICTION

2.     The Court has jurisdiction.  28 U.S.C. § 1331, 15 U.S.C. § 1692k(d).

### PARTIES

3.     Lehman is an adult living in Allegheny County, Pennsylvania.

4.     Lehman is a "consumer" as that term is defined in the FDCPA, 15 U.S.C. § 1692a(3).

5.     Defendant Nelson, Watson & Associates, LLC ("Nelson") is a collection agency with a place of business located at 80 Merrimack Street Lower Level, Haverhill, MA 01830.

6.     Nelson is a "debt collector" as that term is defined in the FDCPA, 15 U.S.C. § 16929(a)(6).

### FACTS

7.      Lehman allegedly owed a consumer debt to Sears.

8.      LVNV Funding, LLC allegedly purchased the debt from Sears.

9.      LVNV hired Nelson to collect the debt.

10.     On August 27, 2009 at 1:25 PM, the following message was left on

Lehman's answering machine:

> Bruce Lehman.  This is Anita Dunn calling from the office of Nelson,
> Watson & Associates.  It is urgent. Please contact my office right away at
> 1-800-870-5610 extension 2020.

11.     This message violates 15 U.S.C. § 1692e(11), which states:

> The failure to disclose in the initial written communication with the
> consumer and, in addition, if the initial communication with the consumer
> is oral, in that initial oral communication, that the debt collector is
> attempting to collect a debt and that any information obtained will be used
> for that purpose, **and the failure to disclose in subsequent
> communications that the communication is from a debt collector,**
> except that this paragraph shall not apply to a formal pleading made in
> connection with a legal action.

(Emphasis added).

12.     As a result of Defendant's illegal collection activities, Lehman is entitled

to recover statutory damages in the amount of $1,000 and reasonable attorney's fees and

costs.  15 U.S.C. § 1692k.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff Bruce Lehman respectfully requests:

A.      Statutory damages in the amount of $1,000, and

B.      Costs, expenses incurred in the investigation, filing and prosecution of this

action and reasonable Attorney's fees.

Respectfully Submitted,

JEFFREY L. SUHER, P.C.


/s/ Jeffrey L. Suher
Jeffrey L. Suher, Esquire
Pa. I.D. #74924
4328 Old Wm Penn Hwy
Ste 2J
Monroeville, PA 15146
412-374-9005
412-374-0799 (fax)
lawfirm@jeffcanhelp.com

**JURY TRIAL DEMAND**