UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: 2:10-cv-00519-DSC

| | |
|---|---|
| BRUCE LEHMAN,<br><br>　　　　　Plaintiff,<br>v.<br><br>NELSON, WATSON & ASSOCIATES, LLC<br><br>　　　　　Defendant. | **STIPULATION OF DISMISSAL**<br><br><br><br>JURY TRIAL DEMANDED |

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the undersigned counsel for all parties hereto that the instant action be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

June 15, 2010                           Respectfully Submitted

　　　　　　　　　　　　　　　　　　　By:　**s/Jeffrey L. Suher**
　　　　　　　　　　　　　　　　　　　Jeffrey L. Suher, Esquire
　　　　　　　　　　　　　　　　　　　4328 Old William Penn Highway, Suite 2J
　　　　　　　　　　　　　　　　　　　Monroeville PA 15146
　　　　　　　　　　　　　　　　　　　412-374-9005
　　　　　　　　　　　　　　　　　　　lawfirm@jeffcanhelp.com
　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

　　　　　　　　　　　　　　　　　　　*/s/Robert J. Hannen*
　　　　　　　　　　　　　　　　　　　Robert J. Hannen, Esquire
　　　　　　　　　　　　　　　　　　　Thorp Reed & Armstrong, LLP
　　　　　　　　　　　　　　　　　　　One Oxford Centre, 14th Floor
　　　　　　　　　　　　　　　　　　　Pittsburgh PA 15219
　　　　　　　　　　　　　　　　　　　(412) 394-7711　　　(412) 394-2555 (fax)
　　　　　　　　　　　　　　　　　　　rhannen@thorpreed.com
　　　　　　　　　　　　　　　　　　　Attorney for Defendant