UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: 2:10-cv-00519-DSC

| BRUCE LEHMAN,<br><br>    Plaintiff,<br>v.<br><br>NELSON, WATSON & ASSOCIATES, LLC<br><br>    Defendant. | **STIPULATION OF DISMISSAL**<br><br><br><br>JURY TRIAL DEMANDED |
|---|---|

**IT IS HEREBY STIPULATED AND AGREED TO** by and between the undersigned counsel for all parties hereto that the instant action be and is hereby dismissed with prejudice and for each party to pay their own costs and attorneys' fees.

June 15, 2010                           Respectfully Submitted

                                        By: **s/Jeffrey L. Suher**
                                        Jeffrey L. Suher, Esquire
                                        4328 Old William Penn Highway, Suite 2J
                                        Monroeville PA 15146
                                        412-374-9005
                                        lawfirm@jeffcanhelp.com
                                        Counsel for Plaintiff

                                        */s/Robert J. Hannen*
                                        Robert J. Hannen, Esquire
                                        Thorp Reed & Armstrong, LLP
                                        One Oxford Centre, 14th Floor
                                        Pittsburgh PA 15219
                                        (412) 394-7711    (412) 394-2555 (fax)
                                        rhannen@thorpreed.com
                                        Attorney for Defendant

                                        AND NOW, this 24th day of June, 2010
                                        IT IS SO ORDERED.

                                        DS Cercone
                                        UNITED STATES DISTRICT JUDGE

-1-